**Electronically Filed
Supreme Court
SCWC-15-0000150
22-MAY-2018
08:08 AM**

SCWC-15-0000150

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROY RITA,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee,

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000150; S.P.P. NO. 13-1-0001)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant's application for writ of certiorari filed on April 14, 2018, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, May 22, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

